SCWC-13-0005555

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

SIXTO MANUEL,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0005555; S.P.P. NO. 13-1-0018; CR. NO. 00-1-2103)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Petitioner-Appellant's Application for Writ

of Certiorari, filed on March 30, 2015, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, May 4, 2015.

Cynthia A. Kagiwada             /s/ Mark E. Recktenwald
for petitioner

                                /s/ Paula A. Nakayama
James M. Anderson
for respondent                  /s/ Sabrina S. McKenna

                                /s/ Richard W. Pollack

                                /s/ Michael D. Wilson

